FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Apr 17 2024

KEVIN P. WEIMER , Clerk

By: /s/Amanda Zarkowsky

Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Stevie Martel WILSON

**CRIMINAL COMPLAINT**

Case Number: 1:24-MJ-287

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about March 13, 2024 in Cobb County, in the Northern District of Georgia, defendant did, attempt to employ, use, persuaded, induced, or enticed a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct

in violation of Title 18, United States Code, Sections 2251.

I further state that I am a Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    Yes

_____
Signature of Complainant
Andrew Grentz

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

April 17, 2024
Date

at   Atlanta, Georgia
City and State

RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer
AUSA Leanne Marek / leanne.marek@usdoj.gov

_____
Signature of Judicial Officer

I, Andrew Grentz, depose and state the following under penalty of perjury:

1.     I submit this affidavit in support of a criminal complaint authorizing the arrest of Stevie Martel WILSON, for violations of 18 U.S.C. §§ 2251 (attempted production of Child Pornography).

2.     I have been employed as a Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI"), since 2015, and am currently assigned to Atlanta, Georgia.  I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I graduated from Georgia State University with a Bachelor of Science, majoring in Criminal Justice. As part of my duties as an HSI Special Agent, I have experience conducting criminal investigations involving child exploitation and child pornography and have participated in the execution of search warrants in such investigations. Furthermore, as a Special Agent, I am responsible for conducting criminal investigations regarding violations of immigration and customs laws committed against the United States. I am responsible for investigations of offenses under Titles 8, 18, and 19 of the United States Code.

3.     As part of my duties and responsibilities as an HSI Special Agent, I am authorized to investigate crimes that involve the sexual exploitation of children pursuant to Title 18, United States Code, Sections 2251.

4.     Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included details of every aspect or each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause for the issuance of the complaint. I make this affidavit based on personal knowledge and on the basis of information received from other law enforcement officers and/or agents, witnesses, documents, and records.

### PROBABLE CAUSE

5.     On March 26, 2024, US Customs and Border Protection (CBP) officers assigned to Logan International Airport in Boston, Massachusetts reviewed the passenger manifest for Delta Airlines Flight 124, which was scheduled to depart Logan International Airport for Lisbon,

Portugal that day.  During the review of the manifest, CBP identified passenger Stevie Martel WILSON as traveling with a minor female. (Minor Victim or "MV")[1].  A review of law enforcement databases identified that a protective order was filed on August 22, 2023, with the Davidson County, Tennessee, Sheriff's Office prohibiting contact between WILSON and MV. While WILSON and MV were in the process of boarding the flight, they were selected for a CBP customs examination.  Pursuant to boarder search authority, CBP officers reviewed the content of WILSON's phone and observed at least one video depicting MV entering a bathroom, undressing, and entering a shower.

6.     On March 27, 2024, I spoke with the Minor Victim's mother who said that she drove MV to WILSON's residence on March 23, 2024.

7.     On March 27, 2024, HSI agents interviewed MV. During the interview MV told agents that WILSON had previously taken her phone, went through it and sent a picture of MV in her underwear to his (WILSON) phone. Additionally, MV said that approximately one week ago, she was in a bathroom at WILSON's residence when she noticed a camera which looked like a "Go-Pro" concealed in black pants left on the floor.  MV stated the camera was pointed at the bathroom at an angle where if she was undressing the camera would see her.  MV stated that she had previously spent the night at WILSON's residence and WILSON had come into the bedroom where she was staying and had laid his head on her stomach.

8.     On March 27, 2024, I reviewed several videos and images from WILSON's phone. The following are descriptions of some of the files I reviewed:

> a.     File Description "Video 1": The video file shows a date of March 2, 2024, is
>
> approximately 16:16 minutes long and depicts a male, that appears to be WILSON,
>
> adjusting a camera in what appears to be a residential bathroom.
>
> b.     File Description "Video 2": The video file shows a date of March 3, 2024, is

---

[1] The full name of VICTIM is known to Law Enforcement and is only redacted, as VICTIM has a DOB of 08/xx/2008, and as such is minor.

2

approximately 1:29 minutes long, and depicts VICTIM using the toilet and exposing her vagina to the camera while wiping herself. The bathroom appears to be the same room from "Video 1".

c.   File Description "Video 3": The video file shows a date of March 14, 2024, is approximately 12:51 minutes long and depicts VICTIM entering a shower in the same bathroom depicted in the previous videos. VICTIM's breast and buttocks are shown in the video.

d.   File Description "Image 1": The image file appears to show VICTIM in shorts with a towel wrapped around her hair with her breasts exposed. The image appears to be an edited version of a photograph or video as the background has been cropped out.

9.     MV was shown a sanitized version of some of the images seized from WILSON's phone. She identified the bathroom where the videos were taken as a bathroom at WILSON's residence in the Northern District of Georgia.

10.     On March 27, 2024, HSI in Atlanta, Georgia executed a federal search warrant at WILSON's residence (542 Russett Ct SW Marietta GA 30064) and seized several electronic devices. The items seized included a hidden camera system disguised to look like a USB Charger outlet and its associated packaging, which was seized from the bathroom. Additionally, the shower curtain which appeared an exact match to the videos observed on WILSON's phone was also found in the bathroom and seized.